**652**

Blanca Livia CASTRO, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–75122.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 27, 2007.

Blanca Livia Castro, North Hills, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Regina Byrd, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Blanca Livia Castro seeks review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying her applications for asylum, withholding of removal, protection under the Convention Against Torture and cancella-

tion of removal. To the extent we have jurisdiction, it is conferred by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

We review the agency's denial of an asylum application for substantial evidence. *INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). Substantial evidence supports the agency's determination that Castro did not prove that she has a well-founded fear of persecution on account of one of the five protected grounds. *See* 8 U.S.C. § 1101(a)(42)(A).

We lack jurisdiction to review the discretionary determination that Castro failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part and DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.